Case 04-28760   Doc 44   Filed 06/24/08   Entered 06/24/08 09:59:35   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hampton, James A

Printed: 6/24/08

Case Number: 04 B 28760
Judge: Hollis, Pamela S
Filed: 8/4/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,116.39 |  |
| Secured: |  | 10,788.51 |
| Unsecured: |  | 3,857.04 |
| Priority: |  | 1,230.86 |
| Administrative: |  | 2,805.20 |
| Trustee Fee: |  | 1,027.43 |
| Other Funds: |  | 4,407.35 |
| Totals: | 24,116.39 | 24,116.39 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,805.20 | 2,805.20 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | National City Mortgage Co | Secured | 24,263.03 | 10,788.51 |
| 4. | Internal Revenue Service | Priority | 1,230.86 | 1,230.86 |
| 5. | Nicor Gas | Unsecured | 142.46 | 1,424.63 |
| 6. | SBC | Unsecured | 57.06 | 570.56 |
| 7. | Internal Revenue Service | Unsecured | 5.80 | 58.00 |
| 8. | Loyola University Chicago | Unsecured | 180.39 | 1,803.85 |
| 9. | GC Services | Unsecured |  | No Claim Filed |
| 10. | Hillshire Fire Dept | Unsecured |  | No Claim Filed |
| 11. | Loyola Medical Center | Unsecured |  | No Claim Filed |
| 12. | Pay Day Express | Unsecured |  | No Claim Filed |
| 13. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,684.80 | $ 18,681.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 189.25 |
| 4% | 53.43 |
| 3% | 40.07 |
| 5.5% | 226.10 |
| 5% | 77.07 |
| 4.8% | 128.24 |
| 5.4% | 313.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hampton, James A | Case Number: 04 B 28760 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 8/4/04 |

$ 1,027.43

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____